IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALTAIR DUBE**                                                                         **PLAINTIFF**

**V.**                                          **4:22CV00406 JM**

**BO JONES TRUCKING LLC;**
**STANLEY K. OFFIL**                                              **DEFENDANTS**

## ORDER

Pursuant to Rule 41(a), Plaintiff's unopposed motion to dismiss the case without prejudice (ECF No. 10) is GRANTED. The Court notes that Plaintiff may be ordered to pay all or part of the costs of this action if the action is refiled in the future. *See* Fed. R.Civ. P. 41(d).

IT IS SO ORDERED this 27th day of January, 2023.

                                                         _____
                                                         James M. Moody Jr.
                                                         United States District Judge